UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. _____ |
| v. | ) |
| JOHN DOE subscriber assigned IP address, 24.247.199.131, | ) |
| Defendant. | ) |

## MOTION FOR LEAVE TO SERVE A THIRD PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Law in support of this motion; and (2) Declaration of Tobias Fieser in support of this motion, Malibu Media, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: May ___, 2013

                                            Respectfully submitted,

                                            NICOLETTI & ASSOCIATES, PLLC

                           By:   /s/ *Paul J. Nicoletti*
                                Paul J. Nicoletti, Esq. (P44419)
                                36880 Woodward Ave, Suite 100
                                Bloomfield Hills, MI 48304
                                Tel: (248) 203-7800
                                Fax: (248) 203-7801
                                E-Fax: (248) 928-7051
                                Email: paul@nicoletti-associates.com
                                *Attorneys for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

                                                        By:    /s/ *Paul J. Nicoletti*
                                                                           Paul J. Nicoletti