UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MALIBU MEDIA, LLC,            ) <br> ) <br>     Plaintiff,               ) <br> ) <br> ) <br> v.                                            ) <br> ) <br> JOHN DOE subscriber assigned IP address, ) <br> 24.247.199.131,                     ) <br> ) <br>     Defendant.           ) <br> ) | Civil Action Case No. _____ |

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

Dated: May ___, 2013

                                                              Respectfully submitted,

                                                              NICOLETTI & ASSOCIATES, PLLC

                           By:    /s/ *Paul J. Nicoletti*  
                                     Paul J. Nicoletti, Esq. (P44419)  
                                     36880 Woodward Ave, Suite 100  
                                     Bloomfield Hills, MI 48304  
                                     Tel: (248) 203-7800  
                                     Fax: (248) 203-7801  
                                     E-Fax: (248) 928-7051  
                                     Email: paul@nicoletti-associates.com  
                                     *Attorneys for Plaintiff*

## CERTIFICATE OF COMPLIANCE

Pursuant to MI R USDCTED LR 5.1(a) I hereby certify that the PLAINTIFF'S NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT has been prepared using one of the font and point selections approved by the Court in MI R USDCTED LR 5.1(a)(3). This document was prepared using Times New Roman (12 pt.).

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti